JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL NATAL RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.<br><br>　　　　　Respondents. | CASE NO. 5:26-cv-2217-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus**, IT IS ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted as set forth in that Order.

The Clerk of Court is directed to close this case.

DATED: <u>May 15, 2026</u>

_____
HON. STEVE KIM
United States Magistrate Judge

1